IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

CHARLES ANDERSON,

    Petitioner,

v.

KAREN TIMBERLAKE, Secretary,
Department of Health Services,

    Respondent.

JUDGMENT IN A CIVIL CASE

Case No. 10-cv-92-bbc

This action came for consideration before the court with DISTRICT JUDGE BARBARA B. CRABB presiding. The issues have been considered and a decision has been rendered.

## IT IS ORDERED AND ADJUDGED

that judgment is entered in favor of respondent dismissing the petition for a writ of habeas corpus without prejudice to petitioner's refiling his claims in a civil lawsuit brought pursuant to 42 U.S.C. § 1983.

_Peter Oppeneer_       3/23/10
Peter Oppeneer, Clerk of Court      Date